NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

KYLE MORRIS, SHARING WORLD
ENTERTAINMENT, LLC,
AND READSPEAK, INC.,
*Plaintiffs-Appellants,*

v.

DON MOODY, GARY FRIEDMAN, IRA SOCKOWITZ,
THE LEARNING BOX, LLC, JOHN LEE,
JACQUELINE MOODY, READY TO LEARN
PARTNERSHIP, LLC, WORD WORLD, LLC,
PETER SCHNEIDER, WINDOW TO THE WORLD
COMMUNICATIONS, INC., THE PUBLIC
BROADCASTING SYSTEM, INC., NOAH SHUBE,
AND LAW OFFICES OF FRIEDMAN & SHUBE,
*Defendants-Appellees,*

and

JOHN DOES 1-10, ABC CORPORATION,
AND XYZ CORPORATION,
*Defendants.*

---

2010-1329, -1363

---

Appeals from the United States District Court for the Southern District of New York in case no. 08-CV-7683, Judge Jed S. Rakoff.

---

## ON MOTION

---

# ORDER

Don Moody, et al. submit a motion for sanctions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for sanctions is deferred for consideration by the merits panel assigned to hear the case.

(2) A copy of this order, the motion, and any response or reply shall be transmitted to the merits panel.

FOR THE COURT

| NOV   1 2010 | /s/ Jan Horbaly |
| --- | --- |
| Date | Jan Horbaly |
| | Clerk |

cc: Roger Leon Fidler, Esq.
　　Brad Richard Newberg, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 1 2010

JAN HORBALY
CLERK